Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone – (415) 882-7900
Facsimile – (415) 882-9287
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> A BETTER SACRAMENTO VALLEY CRANE SERVICE, a California Partnership, *aka* A BETTER VALLEY CRANE, LLC *aka* A BETTER VALLEY CRANE INC. *aka* A BETTER SAC VALLEY CRANE; and TIMOTHY GARY BALIEL, individually, <br><br> Defendants. | Case No.: C10-4589 SC <br><br> **[PROPOSED]** SUPPLEMENTAL JUDGMENT |

Defendants, A BETTER SACRAMENTO VALLEY CRANE SERVICE, *aka* A BETTER VALLEY CRANE, LLC, *aka* A BETTER VALLEY CRANE, INC. *aka* A BETTER SAC VALLEY CRANE, and TIMOTHY GARY BALIEL, individually, having failed to plead or otherwise defend in this action and its default and an Order regarding attorneys' fees and costs through May 6, 2011 having been entered in Plaintiffs' favor, and Plaintiffs' having submitted a Declaration regarding attorneys' fees and costs incurred between May 7, 2011 and January 30, 2012:

It is hereby ORDERED, ADJUDGED AND DECREED that Defendants A BETTER SACRAMENTO VALLEY CRANE SERVICE, *aka* A BETTER VALLEY CRANE, LLC, *aka* A BETTER VALLEY CRANE, INC. *aka* A BETTER SAC VALLEY CRANE, and TIMOTHY GARY BALIEL shall pay to Plaintiffs, ~~within 10 days of the date of entry of this Judgment,~~ the reasonable attorneys' fees and costs incurred in this matter between May 7, 2011 and January 30, 2012, as follows:

| | |
|---|---:|
| Attorneys' fees (5/7/11-1/30/12) | $7,866.00 |
| Additional costs (to 12/16/12) | $377.50 |
| Audit costs | $1,743.78 |
| **TOTAL** | **$9,987.28** |

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter.

Dated: February 14, 2012

*/s/ Samuel Conti*

THE HONORABLE SAMUEL CONTI
SENIOR JUDGE
UNITED STATES DISTRICT COURT